UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                   Case No. 18-31113-dso

John DeAngelis,                                     Chapter 7

         Debtor.                                      Hon. Daniel S. Opperman
_____/

### ORDER GRANTING UNITED STATES TRUSTEE'S
### MOTION TO DISMISS CASE,
### ALLOWING DEBTOR TO CONVERT CASE TO CHAPTER 13

This case came before the Court on the motion of the United States Trustee for an order dismissing this case under § 707(b)(2) and (b)(3) of the Bankruptcy Code. The Debtor filed a response to the motion. The parties presented oral arguments and filed post-hearing briefs. On November 9, 2018 this Court issued an opinion granting the U.S. Trustee's Motion, docket #46. The parties have agreed to allow the Debtor a period of ten days to convert to Chapter 13. Therefore:

**IT IS ORDERED** that the United States Trustee's Motion to Dismiss is conditionally granted, as follows: Debtors may file a pleading requesting conversion to chapter 13 within 10 days. If the Debtors file and serves a pleading requesting conversion to chapter 13 within 10 days, the United States Trustee's Motion to Dismiss will be deemed settled without prejudice. If the Debtors do not file a pleading requesting conversion to chapter 13 within 10 days this case will be dismissed without further hearing, upon the submission of an appropriate dismissal order by the United States Trustee.

**Signed on November 16, 2018**

